UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                              DEFENDANT

### ORDER

Defendant Zakhari having moved pursuant to Fed. R. Crim. P. 41(g) for the return of certain property seized on October 8, 2019, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**.