UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                        DEFENDANT

## ORDER

Defendant Zakhari having moved to suppress certain evidence obtained by the government and having requested an evidentiary hearing concerning the matter, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**.  The Court shall conduct an evidentiary hearing on the \_\_\_\_ day of _____, 2020, at \_\_:\_\_ \_.m.