UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                        DEFENDANT

### ORDER

Defendant Zakhari having asked the Court pursuant to 18 U.S.C. § 3145(a)(2) to amend the location restriction requirement in his conditions of pretrial release (R. 8 at pg. 4 ¶ (7)(p), Page ID # 16), and the Court having reviewed this matter *de novo* and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. The condition concerning Defendant's location restriction is hereby amended by deleting the requirement of Home Incarceration (R. 8 at pg. 4 ¶ (7)(p)(*iii*), Page ID # 16) and approving the requirement of Home Detention (*id.* at ¶ (7)(p)(*ii*)). Defendant is therefore advised that he is "restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other

activities approved in advance by the pretrial services office or supervising officer."