UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:19-CR-00208-RGJ |
| JOSEPH SAMIR ZAKHARI | DEFENDANT |

### DEFENDANT ZAKHARI'S REPLY IN REGARD TO MOTION FOR REVIEW OF RELEASE ORDER

Defendant Joseph Zakhari has asked the Court to lighten its current mandate of home incarceration in favor of home detention (R.40, Motion for Review, Page ID # 185-194); the government has asked the Court to increase the severity of its order and hold Mr. Zakhari in jail pending trial.  (R.41, U.S. Resp., Page ID # 197-210.)  During the hearing conducted on April 28, the Court advised the parties that it had tentatively decided to make allowance for Mr. Zakhari to access his back yard, but otherwise would deny both pending motions.

The Court offered to withhold a final decision so defense counsel could submit a reply brief on the subject.  With appreciation for the Court's forbearance, counsel think it appropriate to waive the submission of a brief in favor of allowing

the Court to expedite its tentative ruling. Mr. Zakhari will greatly appreciate the chance to spend time outside in his back yard, and he thanks the Court for its consideration.

        Respectfully submitted,

        *Michael R. Mazzoli*
        Scott C. Cox
        Michael R. Mazzoli
        Attorneys for Defendant Zakhari
        COX & MAZZOLI PLLC
        600 West Main Street, Suite 300
        Louisville, Kentucky 40202
        502-589-6190
        MazzoliCMLaw@aol.com

## CERTIFICATE OF SERVICE

On April 30, 2020, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

        *Michael R. Mazzoli*
        Scott C. Cox
        Michael R. Mazzoli