| | |
|---|---|
| From: | Michael Mazzoli <MazzoliCMLaw@aol.com> |
| Sent: | Thursday, April 30, 2020 3:01 PM |
| To: | Jo Lawless |
| Subject: | US v. Zakhari - suppression hearing witnesses |

Jo,

For the upcoming suppression hearing in the Zakhari case, we want to subpoena all law enforcement officers who (1) were on the scene with Detective Hedden at 324 East Main Street on October 8, 2019, during the arrest of Mr. Zakhari and/or the search of his home, and/or (2) witnessed any aspect of Mr. Zakhari's transportation to the CACU office and his interrogations there. Within the first category would be the person referred to in Detective Hedden's October 25 affidavit as "the UC (at this point a female member of law enforcement)" and "the UC (female officer using Affiant's undercover phone)" (pp. 3-4, ¶ 8). When you have a moment, please send me a list of the names and addresses of the witnesses.

Thanks --

Mike


Michael R. Mazzoli
Cox & Mazzoli PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
Main: 502-589-6190
Direct: 502-736-4764
MazzoliCMLaw@aol.com


This message has been sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any accompanying documents without retaining a copy. Please advise immediately if you or your employer do not want us to use Internet e-mail for future messages of this kind. Thank you.

| | |
|---|---|
| From: | Michael Mazzoli <MazzoliCMLaw@aol.com> |
| Sent: | Wednesday, May 13, 2020 1:51 PM |
| To: | Lawless, Jo (USAKYW) <JLawless@usa.doj.gov> |
| Subject: | US v. Zakhari - suppression hearing witnesses |

Jo,

We reached out a few weeks ago regarding witnesses for the suppression hearing in the Zakhari case. Will you be able to transmit us the requested information by close of business Friday?

Thanks --

Mike

| | |
|---|---|
| From: | Lawless, Jo (USAKYW) |
| Sent: | Wednesday, May 13, 2020 1:58 PM |
| To: | Michael Mazzoli |
| Subject: | RE: US v. Zakhari - suppression hearing witnesses |

Mike,

I've asked for a list of law enforcement officials involved in the arrest and transport of Mr. Zakhari. I will have those witnesses present for the evidentiary hearing.

Jo

| | |
|---|---|
| From: | Michael Mazzoli [MazzoliCMLaw@aol.com] |
| Sent: | Wednesday, May 13, 2020 2:18 PM |
| To: | 'Lawless, Jo (USAKYW)' |
| Cc: | 'coxscottc@aol.com' |
| Subject: | RE: US v. Zakhari - suppression hearing witnesses |

Jo, thank you - will you confirm that this group will include the female officer posing as the UC who traveled to the scene on October 8 via Uber?

Thanks -- Mike

| | |
|---|---|
| From: | Michael Mazzoli [MazzoliCMLaw@aol.com] |
| Sent: | Thursday, May 14, 2020 4:03 PM |
| To: | 'Lawless, Jo (USAKYW)' |
| Subject: | US v. Zakhari - follow-up confirming today's conversation |

Jo,

Thank you for taking time to talk with me this afternoon about our intention to seek testimony at the upcoming suppression hearing from the female described in Detective Hedden's affidavit as "the UC (at this point a female member of law enforcement)" who was present at the scene of Joseph Zakhari's arrest on October 8, 2019. I understood you to say that you have asked Detective Hedden to compile a list of law enforcement personnel who were at the scene on October 8, and that you will advise us by the first part of next week whether you consider "the female member of law enforcement" to be a witness regarding any matters of relevance to the defense's suppression motion. I believe you told me that if you are of the opinion that this person can properly be called to testify, then you will include her among the personnel whose attendance you will secure for the hearing. If, on the other hand, you conclude that "the female member of law enforcement" should not be compelled to testify, you will provide us her name and address so we can subpoena her, and the parties thereafter can litigate the admissibility of her testimony. If I am incorrect in any of these particulars, please let me know.

In the interest of fullest possible clarity, we seek the testimony of the female officer because our motion disputes the voluntariness of the statements made by Mr. Zakhari on October 8, and the execution of Mr. Zakhari's arrest falls within the totality of the circumstances relevant to the question of voluntariness. We think "the female member of law enforcement" was an eyewitness to the arrest, based on the following part of Detective Hedden's affidavit:

*On October 8, 2019, the UNSUB sent an Uber to pick up the UC at a predetermined location in order to deliver the UC to a location specified by the UNSUB (i.e. , 324 East Main, Louisville, Kentucky). The stated purpose of the trip was for the UNSUB to perform sex acts with the minor UC persona.*

*Undercover LEOs followed the UC in the Uber to the destination specified by the UNSUB. While in route, the Uber driver advised the UC (at this point a female member of law enforcement), that he (the driver) had been directed to drop off the rider at 324 East Main Street, Louisville, Kentucky. Upon arrival at the East Main Street address, the UC (female officer using Affiant's undercover phone), was told via text message that the UNSUB would*

*meet her at the door. Shortly after the UC arrived at the address, Joseph Samir Zakhari (XX/XX/1987), opened the door and stated to the UC, "hey, do you want to go inside?" Law enforcement officials arrested Zakhari.*

(See pp. 3-4, ¶¶ 7-8.)

Once again, thank you for discussing this matter with me. Scott and I look forward to hearing from you early next week.

Mike

Michael R. Mazzoli
Cox & Mazzoli PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
Main: 502-589-6190
Direct: 502-736-4764
MazzoliCMLaw@aol.com

This message has been sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any accompanying documents without retaining a copy. Please advise immediately if you or your employer do not want us to use Internet e-mail for future messages of this kind. Thank you



## U.S. Department of Justice

*United States Attorney*
*Western District of Kentucky*

| | | |
|---|---|---|
| RMC/JEL | 717 West Broadway<br>Louisville, KY 40202<br>Website: www.justice.gov/usao/kyw | Phone: 502-625-7065<br>Fax: 502-582-5097 |

May 26, 2020

Michael R. Mazzoli			*via* electronic transmission: MazzoliCMLaw@aol.com

Re:	*United States v. Zakhari*
	Criminal Action Number 3:19CR208-RGJ

Dear Mike:

    I am writing in response to your request for contact information concerning the LMPD Officer who served as the decoy during the investigation related to the above-referenced criminal action. Specifically, you indicated an interest in calling the officer as a witness in the upcoming suppression hearing.

    The United States will have the law enforcement officials involved in your client's arrest available for the hearing. Following his arrest, Mr. Zakhari asked to go to his residence to make arrangements for the care of his dog. Law enforcement officials agreed to that request and accompanied him to the residence where a protective sweep occurred. Law enforcement officials who entered the residence will be present for the hearing. And, we will have the law enforcement officials responsible for Mr. Zakhari's transport to LMPD as well as his interview available for the hearing. In short, we will have witnesses to address the issues raised in the Motion to Suppress. The LMPD Officer who acted as the decoy was not involved in any matter raised by the Motion to Suppress. There is no relevant reason to have her present for the hearing.

    By separate e:mail, you raised questions concerning contact between Mr. Zakhari and Detective Hedden's undercover persona prior to the October 2019 undercover operation. Accompanying this letter is a report prepared by Detective Hedden that addresses the issues you raised. If you have any further questions, please don't hesitate to contact me.

    Sincerely,

    RUSSELL M. COLEMAN
    United States Attorney

    *Jo Lawless*

    Jo E. Lawless
    Assistant United States Attorney

| | |
|---|---|
| From: | Michael Mazzoli [MazzoliCMLaw@aol.com] |
| Sent: | Thursday, May 28, 2020 1:03 PM |
| To: | 'Lawless, Jo (USAKYW)' |
| Subject: | Follow-up question regarding female officer |

Jo,

Thank you for your correspondence of May 26. I will follow up briefly in a separate note regarding the social media information in Detective Hedden's supplemental report.

Regarding the female LMPD officer described in your letter as "the decoy," I respect your opinion that she has no information relevant to the suppression hearing issues and so will not be a government witness at the hearing. As I explained in my earlier note, I disagree: she was an eyewitness to the arrest, and the circumstances surrounding the arrest are part of the "totality of the circumstances" bearing on the voluntariness of Mr. Zakhari's later statements.

My point is not to change your mind; I write because, in our last telephone conference, I had been given to believe that the United States would provide us the name and contact information for the female LMPD officer, even if you decided you would not call her as a prosecution witness. Will you please provide that information, or say expressly that you will not?

Thanks --

Mike