UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                                              DEFENDANT

### ORDER

Defendant Zakhari having asked the Court to require the government to provide to defense counsel the identity of the Louisville Metro Police Department officer described as "the UC (at this point a female member of law enforcement)" who was present at the scene of Mr. Zakhari's arrest on October 8, 2019 (R.1, Complaint pg. 3 ¶ 8, Page ID # 4), and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. The United States shall transmit the appropriate information to defense counsel forthwith.