UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                         Plaintiff

v.                                                                        Criminal Action No. 3:19CR-208-RGJ

JOSEPH SAMIR ZAKHARI                                                                           Defendants

\* \* \* \* \*

**MEMORANDUM OF HEARING AND ORDER**

An arraignment on the superseding indictment and suppression hearing was held in this matter on July 14, 2020 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was April Dowell. The following counsel participated in the hearing:

For the United States: Jo Lawless

For the Defendant(s): Scott Cox, Retained Counsel for Joseph Samir Zakhari, who was present in person.

As to the matter of arraignment, Defendant, by counsel, acknowledged his identity. He further acknowledged having been furnished a copy of the Superseding Indictment and advised of the nature of the charges contained therein. Counsel, on behalf of Defendant, waived formal reading of the Superseding Indictment and enter a pleas of not guilty as to Counts 1 -3 of the Superseding Indictment and a denial to the forfeiture notice.

The Court heard sworn testimony of a witness during the hearing. The Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) Defendant's post-hearing brief shall be filed **thirty (30) days** after the filing of the transcript of this hearing. The United States shall file their responsive brief within **three (3) weeks** of the defendant's brief and the United States may reply within **two (2) weeks**. Then the matter will stand submitted for ruling.

(2) A further status hearing will be scheduled after the issuance of the opinion in this matter.

(3) **IT IS FINALLY ORDERED** that the Defendant shall remain on his present bond pending further orders.

Copies to:    Counsel of record

Court Time:  01/18 (Contested Hearing)
Court Reporter: April Dowell