UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:19-CR-00208-RGJ |
| JOSEPH SAMIR ZAKHARI | DEFENDANT |

### ORDER

Defendant Zakhari having asked the Court to require the government to disclose to defense counsel, pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i), all data and images for the "boredcrbgirl" undercover persona stored in the persona's Kik profile and in any other platforms, such as Facebook or dating websites; and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. The United States shall transmit the information to defense counsel forthwith.