UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                        DEFENDANT

## ORDER

Defendant Zakhari having moved to dismiss Count 3 of the Superseding Indictment (R. 50, Page ID # 366), and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**.  Count 3 of the Superseding Indictment is hereby **DISMISSED WITH PREJUDICE**.