**From:** Lawless, Jo (USAKYW)
**To:** Michael Mazzoli
**Cc:** "Scott C Cox"
**Subject:** RE: USA v. Zakhari - Follow-up regarding details for undercover persona
**Date:** Friday, June 19, 2020 2:55:46 PM

Detective Hedden is making a thorough review. We will be in touch when we have an answer.

In the meantime, I have additional discovery from your client's phone. It will be sent to you shortly. Of note, your client was chatting with another law enforcement officer involved in the online undercover operation. He sent the Uber for Detective Hedden's UC persona before acting on the chats with the second undercover officer.

Jo

# Memorandum

United States Attorney
Western District of Kentucky



| Subject | Date |
|---|---|
| United States v. Zakhari<br>Criminal Action Number 3:19CR-208-RGJ | August 28, 2020 |

| To | From |
|---|---|
| Scott C. Cox<br>Michael R. Mazzoli<br>Counsel for Zakhari | Jo E. Lawless<br>Assistant United States Attorney<br>*Jo Lawless* |

    Enclosed please a thumb drive that contains the Cellebrite extraction – without images – of your client's iPhone. The thumb drive is password protected. The password is        .

    I had hoped to get the extraction to your earlier, but copying it in its entirety proved challenging. I checked the thumb drive content size against the extraction report I have to make sure you have the entire report in a readable format.

    These materials are being provided to you to meet the United States' discovery obligations. If you have reciprocal discovery, please provide it at your earliest convenience. If you have any questions, please don't hesitate to contact me.

**From:** Michael Mazzoli <MazzoliCMLaw@aol.com>
**Sent:** Monday, October 5, 2020 2:11 PM
**To:** Lawless, Jo (USAKYW) <JLawless@usa.doj.gov>
**Cc:** 'Scott Cox' <coxscottc@aol.com>
**Subject:** US v. Zakhari - Details regarding second undercover persona

Jo,

I have managed to make progress with the Cellebrite program, and can now review the cellphone records reasonably well. Would you please give me the assumed name of the second undercover persona with whom Mr. Zakhari corresponded, and identify the social media platform(s) (MeetMe, Kik, or other) on which Mr. Zakhari corresponded with the UCP?

Thank you —

Mike

---

**From:** Lawless, Jo (USAKYW) [mailto:Jo.Lawless@usdoj.gov]
**Sent:** Thursday, October 15, 2020 12:14 PM
**To:** Michael Mazzoli
**Cc:** 'Scott Cox'
**Subject:** RE: US v. Zakhari - Details regarding second undercover persona

The communications occurred between October 7 and 8, 2019. The platform was MeeetMe. Username – Alyssa.

| | |
|---|---|
| From: | Michael Mazzoli |
| To: | "Lawless, Jo (USAKYW)" |
| Cc: | "Scott C Cox" |
| Subject: | US v. Zakhari - Details regarding second undercover persona |
| Date: | Wednesday, October 21, 2020 10:13:00 AM |

Jo,

Concerning Mr. Zakhari's interaction with the undercover persona "Alyssa" on MeetMe on October 7 and 8, 2019, please provide all MeetMe profile information for the "Alyssa" account – descriptive data, biographical information, all communications with Mr. Zakhari, "Relationship Status" and "Looking For" annotations, Status Updates and Comments, "About Me" entries, profile views and profile images, pictures, and all other data for the "Alyssa" account. This information is "data … within the government's … control [which is] … material to preparing the defense." Fed. R. Crim. P. 16(a)(1)(B)(i).

If any data within any of the categories above exists for the "Dani" profile and has not already been disclosed to us, please transmit that information to us pursuant to Rule 16(a)(1)(B)(i), also.

If you wish us to apply the rules of the standing protective order in our case (R. 20) to the new data, please let me know and we will be sure to do so.

If you have any questions about the material being sought, please let me know. Thank you for your attention to this request.

Mike

| | |
|---|---|
| From: | Michael Mazzoli |
| To: | "Lawless, Jo (USAKYW)" |
| Cc: | "Scott Cox" |
| Bcc: | "mazzolicmlaw@aol.com" |
| Subject: | US v. Zakhari - Follow up for details regarding second undercover persona |
| Date: | Tuesday, November 3, 2020 9:26:00 AM |

Jo, I'm following up on this request. Can you give me a timeline for the disclosure of this data?
Thanks - Mike

| | |
|---|---|
| From: | Lawless, Jo (USAKYW) |
| To: | Michael Mazzoli |
| Cc: | "Scott Cox" |
| Subject: | RE: US v. Zakhari - Follow up for details regarding second undercover persona |
| Date: | Wednesday, November 4, 2020 10:13:52 PM |

Michael,

There is nothing else to disclose.  The chat text recovered from your client's digital device from October 7 and 8, 2019, is the entirety of information we have.  Similarly, you have all information concerning the undercover profile "Dani."  There is no evidence the undercover "Dani" profile ever communicated with your client.

Jo

| | |
|---|---|
| **From:** | Michael Mazzoli |
| **To:** | "Lawless, Jo (USAKYW)" |
| **Cc:** | "coxscottc@aol.com" |
| **Bcc:** | "Lisa Ream" |
| **Subject:** | RE: US v. Zakhari - Follow up for details regarding second undercover persona |
| **Date:** | Wednesday, November 11, 2020 1:42:00 PM |

Jo,

Thank you for your response, and please excuse my delay in following up with you.

After studying your note, I'm afraid that either I have misunderstood your prior representations about "Alyssa"'s MeetMe account, or the information contained in your latest note is incorrect. Let me explain my concern, and if the error is on my part, please say so.

In your email to me on June 19, you wrote:

> "Of note, your client was chatting with another law enforcement officer involved in the online undercover operation. He sent the Uber for Detective Hedden's UC persona before acting on the chats with the second undercover officer."

You later confirmed that the persona maintained by the second undercover officer was a MeetMe account named "Alyssa". I found some chat messages via Cellebrite on Mr. Zakhari's cell phone, contained in the MeetMe data, involving a persona named "Alyssa".

Based on your June 19 statement, a "law enforcement officer involved in the online undercover operation" created and maintained the "Alyssa" MeetMe account. When creating the account, the investigator would have represented that "Alyssa" was at least eighteen years old; whatever age the investigator provided would thereafter have been displayed on "Alyssa"'s account profile and would have been seen by anyone wanting to initiate a chat with "Alyssa" on MeetMe. "Alyssa"'s account profile would have listed her gender and place of residence, and would have provided at least one picture to give other users an indication of her appearance. Thereafter, whenever "Alyssa" made a statement via MeetMe to Mr. Zakhari, or sent a photograph (the chat texts indicate several were sent), the statements and photographs were provided by a law enforcement officer in the online undercover operation.

"Alyssa"'s account profile is not stored on Mr. Zakhari's cell phone, and no one would expect to find it there. "Alyssa"'s photographs are not stored on Mr. Zakhari's cell phone. It is therefore incorrect for your email to assert that "the entirety of the information we have" for "Alyssa"'s MeetMe account is the chat text on Mr. Zakhari's phone. The government, in short, must have more data than that which is stored in Mr. Zakhari's phone.

If I am in error regarding any of the above, please let me know. Otherwise, please disclose the requested data immediately. If the government intends to withhold this data, please say so, and we can ask the Court to take the matter into consideration.

Mike