


MeetMe profile in May 2019

Attachment: MeetMe profile for "Dani" / "boredcrbgirl"