UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                                                     DEFENDANT

### ORDER

Defendant Zakhari having asked the Court to require the government to disclose to defense counsel, pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i), all data and images for the "Alyssa" undercover persona stored or utilized in MeetMe and any other social media platforms; and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. The United States shall transmit the information to defense counsel forthwith.