UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:19-CR-00208-RGJ

JOSEPH SAMIR ZAKHARI                                                                       DEFENDANT

## ORDER

Defendant Zakhari having asked the Court to order the government to disclose the identity of the "decoy officer" posing as "Dani" /"boredcrbgirl" / "Alyssa" in the investigation of this case, as well as sufficient contact information to enable the officer to be subpoenaed for trial; and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**.