UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                    CRIMINAL ACTION NUMBERS 3:19CR-208-RGJ & 3:21CR-20-RGJ

JOSEPH SAMIR ZAKHARI                                                  DEFENDANT

## **ORDER**

This matter is before the Court on motion of the United States of America for a *Daubert* hearing and to exclude the proposed testimony of Lisa Ream.  **IT IS ORDERED** that the motion is **GRANTED** insofar as it seeks a hearing prior to final determination of the scope and content of any testimony.